# United States District Court for the Northern District of Illinois

Case Number: 07CV6453

Assigned/Issued By: J. N.

Judge Name: CONLON

Designated Magistrate Judge: VALDEZ

---

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350

Receipt #: 1115580

Date Payment Rec'd: 11-14-07

Fiscal Clerk: J. N.

---

## ISSUANCES

[✓] Summons   [ ] Alias Summons

[ ] Third Party Summons   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

__1__ Original and __1__ copies on __11-14-07__ as to __DEFENDANT__
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05