Order Form (01/2005)

# United States District Court, Northern District of Illinois 

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6453 | **DATE** | 12/6/2007 |
| **CASE TITLE** | THE TRUSTEE OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL vs. ROOF RIGHT ROOFING & INSULATION | | |

**DOCKET ENTRY TEXT**

On the Court's own motion, the status hearing set on 1/8/08 is reset on 1/10/08 @ 9:00 am.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|