**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al, | ) ) ) ) | Case No. 07-6453 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Conlon |
| ROOF RIGHT ROOFING AND INSULATION, INC., | ) ) | Magistrate Valdez |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO FILE AN ADDITIONAL APPEARANCE

Now come the Plaintiffs, by and through their attorney, Travis J. Ketterman of Whitfield McGann & Ketterman, and move to allow Travis J. Ketterman to be designated as Counsel of Record for the Plaintiffs. In support of the Motion, the Plaintiffs state as follows:

1. Attorney Karl Masters left the firm of Whitfield McGann & Ketterman effective December 31, 2007. Prior to leaving the firm, Mr. Masters informed the undersigned attorney of the status of the case and prepared a Motion for Default Judgment, which is being filed contemporaneously with this motion. In addition, as the lead counsel in the case, Mr. Masters prepared the necessary affidavits to accompany the motion for default judgment.

2. The granting of this Motion will not affect any pending dates in the case, and will allow the undersigned counsel to present the motion for default judgment at the court's scheduled date of January 10, 2008.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court allow Travis J. Ketterman to be designated as Counsel of Record.

                        Respectfully submitted,

                        THE TRUSTEES OF THE CHICGAO
                        REGIONAL COUNCIL OF CARPENTERS
                        PENSION FUND et al

                            s/Travis J. Ketterman
                    By: _____
                          TRAVIS J. KETTERMAN

Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700
ARDC #6237433