IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al, | ) ) ) ) | Case No. 07-6453 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Conlon |
| ROOF RIGHT ROOFING AND INSULATION, INC., | ) ) | Magistrate Valdez |
| Defendant. | ) | |

### *Notice of Motion*
_____

Roof Right Roofing and Insulation, Inc.
Donald Zerth, President
14045 South Cleveland Avenue
Posen, IL  60469

     PLEASE TAKE NOTICE that on **Thursday, January 10, 2008** I shall appear before the Honorable Judge Conlon at approximately **9:00 a.m. in Courtroom 1743**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my **Motion for Leave to File an Additional Appearance.**

                                        THE TRUSTEES OF THE CHICGAO
                                        REGIONAL COUNCIL OF CARPENTERS
                                        PENSION FUND et al

                                            s/Travis J. Ketterman
                             By: _____
                                          TRAVIS J. KETTERMAN

Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )   SS |
| COUNTY OF COOK | ) |

     Travis J. Ketterman, the undersigned attorney, deposes and says that he served the above and foregoing **Motion for Leave to File an Additional Appearance** by U.S. first class mail to the person/s to who said Notice is directed on January 4, 2008.

     s/Travis J. Ketterman
     _____