**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al, | ) ) ) ) | Case No. 07-6453 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Conlon |
| ROOF RIGHT ROOFING AND INSULATION, INC., | ) ) | Magistrate Valdez |
| An Illinois Corporation | ) ) | |
| Defendant. | ) | |

## SWORN DECLARATION PURSUANT TO 28 USCA § 1746

1. I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the Northern District of Illinois.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 4 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

5. The attorneys of this law firm have devoted 10.5 hours in connection with the above-captioned case at the rate of $170.00 per hour per hour for Karl E. Masters, totaling $1,785.00.

6. In addition, the filing fee was $350.00 and the fees for service of process were an additional $50.00. These costs total $400.00

7. I certify that the foregoing costs and attorney fees totaling $2,185.00 were necessary and reasonable.

I declare under penalty of perjury that the foregoing is true and correct,

Date    :    _____

                              s/Karl Masters
Signature:    _____