# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6453 | **DATE** | 1/10/2008 |
| **CASE TITLE** | THE TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL vs. ROOF RIGHT ROOFING AND INSULATION, INC | | |

### DOCKET ENTRY TEXT

Motion hearing held. Plaintiffs' motion [9] for leave to file an additional appearance is granted. Plaintiffs' motion for judgment by default is granted in the amount $1,490,791.00 in withdrawal liability payments; $298,158.20 in liquidated damages and $2,185.00 in attorney's fees and costs, totaling $2,014,321.40.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|