# United States District Court
## Northern District of Illinois
### Eastern Division

THE TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 6453

ROOF RIGHT ROOFING AND INSULATION

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment by default is granted to the plaintiff in the amount of $2,014,321.40

Michael W. Dobbins, Clerk of Court

Date: 1/10/2008

/s/ Willia Harmon, Deputy Clerk