## United States District Court for the Northern District of Illinois

Case Number: 07CV6453              Assigned/Issued By: J. N.

Judge Name:                        Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☒ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☒ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_6_ Original and _6_ copies on _4/30/08_ as to MALONE & MOLONEY, INC.;
                              (Date)
GALLAGHER & HENRY, INC.;ODYSSEY DEVELOPMENT CORP.; STATE BANK OF

COUNTRYSIDE;OLD KENT BANK; (NO NOTICES FILED)

C:\wpwin80\docket\feeinfo.frm    03/14/05