07CV 6453

## ANSWER

__STANDARD BANK AND TRUST CO.__, certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following Answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $__0__

B) Checking and/or Now Account (Amount withheld) $__0__

C) Certificate of Deposit (Amount held) $__0__

D) Money Market Account (Amount held) $__0__

E) Trust Account (Amount held) $__0__

F) Safety Deposit Box $__0__

G) (No Accounts) __No CURRENT ACCOUNTS FOUND__

H) Adverse Claimant: Name _____ Address _____

I) Wages, Salary or Commissions __0__

J) Other Personal Property (Describe) __0__

FILED
May 16 2008
MAY 16 2008
MICHAEL W. DOBBINS by mail
CLERK, U.S. DISTRICT COURT

Attach a sheet for any additional information required by the Citation.

Sub Total: $__0__

Less right of offset for other loans _____

Less deduction for fees limited by 205 ILCS 5/48.1 _____

Total: $__0__

STANDARD BANK & TRUST CO.
7725 W. 98th Street
Hickory Hills, IL 60457

According to the business records kept by the Citation Respondent, we show the above accounts to be correct.

__[signature]__ (708) 876-8971
Agent for Citation Respondent

_____ on oath state:

I am over 21 years of age and not a party to this case. I served the Citation to Discover Assets as follows:

on _____ by leaving a copy with the third party defendant on _____, _____ at the hour of _____ .m. at _____ Street, _____ County, Illinois. On the third party defendant _____ by mailing a copy on _____, _____ by Certified Mail addressed to Agent of the third party defendant, return receipt requested.

(Attached green card receipt making service of service here)

**Signed and sworn by party

AO 450(Rev. 5/85)Judgment in a Civil Case

Case 1:07-cv-06453   Document 14   Filed 01/10/2008   Page 1 of 1

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| THE TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6453 |
| ROOF RIGHT ROOFING AND INSULATION | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment by default is granted to the plaintiff in the amount of $2,014,321.40

Michael W. Dobbins, Clerk of Court

Date: 1/10/2008

/s/ Willia Harmon, Deputy Clerk